# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 17, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152981 & (8)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

MICHAEL D. HARRIS,
　　　　　Defendant-Appellant.

SC: 152981
COA: 329743
Ingham CC: 81-031479-FY

_____/

　　　　On order of the Court, the application for leave to appeal the December 16, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 17, 2016



a1110

Clerk